UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 16-16828 |
| TELAMAR RESTAURANT, LLC d/b/a TELAMAR RESTAURANTE, ET AL. | SECTION: "S"(5) |

**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendants to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's request is granted and that it is awarded attorney's fees in the amount of $2,250.00 (9.0 hours @ $250.00/hour), paralegal fees in the amount of $330.00 (3.3 hours @ $100.00/hour), and court costs in the amount of $520.00 ($400.00 + $120.00), for a grand total of $3,100.00.

New Orleans, Louisiana, this 21st day of December, 2017.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE